PROB 22 (Rev. 2/88)

| TRANSFER OF JURISDICTION | DOCKET # (Trans. Court) |
| --- | --- |
| FILED DISTRICT COURT EASTERN DISTRICT OF LA 2007 JUN 26 PM 12:18 LORETTA G. WHYTE CLERK | 053L 2:00-00109-001 N |
|  | DOCKET # (Rec. Court) |

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Vernon Ruffin
Dallas, TX

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
| --- | --- | --- |
| Louisiana Eastern | New Orleans | Edith Brown Clement |
| Date of Probation/Supervised Release: | FROM | TO |
| June 29, 2005 | June 29, 2005 | June 28, 2008 |

**Offense**

UNLAWFUL TRANSPORT OF FIREARMS, ETC.

**3-07CR0205-M**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

DATE: May 25, 2007

UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Northern District of Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

DATE: 6/20/07

UNITED STATES DISTRICT JUDGE

RMF

Fee _____
Process _____
X Dkt'd _____
CtRmDep _____
Doc. No _____

United States District Court
Northern District of Texas

Karen Mitchell
Clerk of Court

Dallas Division
1100 Commerce Room 1452
Dallas, TX. 75242-1003

6/21/07

Clerk of Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Defendant Name: Vernon Ruffin          Our Case No.   3:07-CR-205-M

                                        Your Case No.  2:00-CR-109-001

Dear Clerk Of The Court:

Pursuant to acceptance of the Transfer of Jurisdiction of the above named defendant, please find enclosed Transfer of Jurisdiction form.

Upon receipt of this order, please forward certified copies of the following:

Indictment/Information
Judgment
Docket Report
Defendant's financial ledger showing balances of restitution/fines, and
a list of payees and their addresses.

If you wish to electronically certify the documents and email all attachments to this court, please send your email to:
**TXNDml_Dallas Intake**

Thank you for your prompt attention to this matter.

Sincerely,
KAREN MITCHELL
*Clerk of Court*

By:  s/ Shakira K. Todd

Deputy Clerk

Enclosure