# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 16 PM 2:55

LORETTA G. WHYTE
CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

July 2, 2007

Ms. Karen Mitchell
Clerk, United States District Court
Northern District of Texas
Dallas Division
1100 Commerce, Room 1452
Dallas, TX 75242-1003

Re: Criminal Case No. 00-109 "N"
United States of America
vs.
Vernon Ruffin

Dear Ms. Mitchell:

On July 2, 2007, the Honorable Kurt D. Engelhardt, United States District Judge for this district, entered an order transferring jurisdiction of probation as to defendant Vernon Ruffin to the Northern District of Texas.

Pursuant to said order and acceptance of jurisdiction by the Northern District of Texas, we are forwarding herewith a certified copy of the Vernon Ruffin indictment, judgment and commitment and docket sheet. The Financial Unit will forward the financial ledger of Vernon Ruffin under separate cover.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

LORETTA G. WHYTE, CLERK

By: _____
Deputy Clerk

Enclosures

Rec'd TXND-Dallas on 7-12-07.
Kim McGlothin
Deputy Clerk

Fee _____
Process _____
X Dkt _____
_____
Doc. No. _____